**Order entered September 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00741-CV

### IN THE INTEREST OF V.M.G., A MINOR CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-05067**

## ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. By letter dated August 22, 2018, we directed appellant to file, within ten days, written verification she had requested the record. Although we cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record, appellant has not complied. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her brief no later than October 16, 2018.


/s/      DAVID EVANS
         JUSTICE